

# Fourth Court of Appeals
## San Antonio, Texas

July 6, 2018

No. 04-18-00271-CV

**IN THE INTEREST OF G.R.B., A.R.B., I.E.B.S., J.B.G., AND E.A.G., MINOR CHILDREN**,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01024
Honorable Richard Garcia, Judge Presiding

# O R D E R

This is an accelerated appeal from a judgment terminating parental rights. Appellant's brief, due June 21, 2018, has not been filed. On June 25, 2018, we notified appellant's court-appointed counsel, Jeanette Burney Sullivan, of the deficiency, but she did not respond by filing a motion for extension of time or other appropriate response. On June 28, 2018, we abated this appeal and ordered the trial court to conduct a hearing to determine if appellant desired to prosecute this appeal, if appointed counsel had abandoned the appeal, and if it was necessary to appoint new counsel to represent appellant in this appeal. On July 2, 2018, the trial court held a hearing. Three supplemental clerk's records have been filed in this court. These supplemental clerk's records show the trial court found that appellant desired to prosecute this appeal, that appointed counsel had not abandoned the appeal, that it was necessary to appoint new counsel to represent appellant in this appeal. They also show that Ms. Sullivan was permitted to withdraw and Gerald Uretsky was appointed to represent appellant in this appeal.

This appeal is REINSTATED. Appellant's brief is due on **July 31, 2018.** In light of the previous delay in filing appellant's brief, **this court will not look favorably upon a request for an extension of time to file appellant's brief.**

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of July, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court